Resolution of Board of Directors
of
Crown N Stuy Corp

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Steven Ross, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Steven Ross, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Steven Ross, Managing Member of this Corporation is authorized and directed to employ Nnenna Onua, attorney and the law firm of McKinley Onua & Associates to represent the corporation in such bankruptcy case.

Date  September 6, 2023 _____    Signed _____
                                                 Steven Ross

Date _____    Signed _____

**United States Bankruptcy Court**
**Eastern District of New York**

In re   Crown N Stuy Corp                                                                                    Case No.   1-23-43181
                                                    Debtor(s)                                                Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Steven Ross, declare under penalty of perjury that I am the Managing Member of Crown N Stuy Corp, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Steven Ross, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Steven Ross, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Steven Ross, Managing Member of this Corporation is authorized and directed to employ Nnenna Onua, attorney and the law firm of McKinley Onua & Associates to represent the corporation in such bankruptcy case."

Date   September 6, 2023                                              Signed   /s/ Steven Ross
                                                                                              Steven Ross